# Court of Appeals
# of the State of Georgia

ATLANTA,   April 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1302.  AARON WILLIAMS v. THE STATE.**

On March 7, 2012, Aaron Williams filed a notice of appeal seeking review of "the judgment of conviction entered her[e]in on Dec. 20, 1999." He directed his appeal to the Supreme Court, which transferred the case here.

Williams's notice of appeal is untimely as to the December 1999 judgment because it was filed more than 30 days after that judgment was entered. See OCGA § 5-6-38 (a). Therefore, we lack jurisdiction to consider this appeal. See *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995) ("a timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal").

Moreover, we have already affirmed Williams's convictions. See *Williams v. State*, 293 Ga. App. 193 (666 SE2d 703) (2008). Williams is not entitled to a second direct appeal from the same judgment. See *Jackson v. State*, 273 Ga. 320 (540 SE2d 613) (2001). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 04/05/2013
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*